UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>Omar Alejandro Chavarin Arana,<br><br>                    Defendant. | Case No.: 25-CR-438-RSH<br><br>**JUDGMENT AND ORDER TO DISMISS INDICTMENT WITHOUT PREJUDICE** |

Upon motion of the United States of America and good cause appearing,

**IT IS HEREBY ORDERED** that the Indictment in the above-entitled case be dismissed without prejudice.

**IT IS SO ORDERED**.

DATED: February 27, 2025.

*Robert S. Huie*

HONORABLE ROBERT S. HUIE
United States District Judge